**Appeal Dismissed and Memorandum Opinion filed June 16, 2022.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-21-00472-CV

**CURTIS TYLER, INDIVIDUALLY AND AS NEXT FRIEND OF M.P.,
Appellant**

**V.**

**TORCSILL FOUNDATIONS, LLC AND INTERVALE CAPITAL, LLC,
Appellees**

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2020-07582**

### MEMORANDUM OPINION

This appeal is from a judgment signed July 15, 2021. The clerk's record was filed January 24, 2022. The reporter's record was filed March 7, 2022. No brief was filed.

On May 3, 2022, this court issued an order stating that unless appellant filed a brief on or before June 3, 2022, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.


PER CURIAM


Panel consists of Justices Zimmerer, Spain and Poissant.